# DOCTOR'S ORDERS
# 501-262-9333

Exhibit 2